# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KATHERINE CROCKETT, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| LUITPOLD PHARMACEUTICALS, INC., AMERICAN REGENT, INC., DAIICHI SANKYO, INC., DAIICHII SANKYO CO., LTD., VIFOR PHARMACEUTICALS MANAGEMENT, LTD AND VIFOR PHARMA-ASPEREVA PHARMACEUTICALS, INC., Defendants. | NO. 19-276 |

## ORDER

**AND NOW**, this 28th day of January, 2020, upon consideration of Defendants American Regent, Inc., Daiichi Sankyo, Inc., and Daiichi Sankyo US Holdings, Inc.'s Motion to Dismiss for Failure to State a Claim and briefing in support thereof (ECF Nos. 57 & 78), and Plaintiff's response thereto (ECF No. 70), **IT IS HEREBY ORDERED** that the Motions to Dismiss are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motions to Dismiss Count I (negligence), Count V (fraud), and Count VIII (breach of express warranty) are **GRANTED**. Counts I, V, and VIII are **DISMISSED WITHOUT PREJUDICE**.

2. Defendants' Motions to Dismiss Count II (negligent failure to warn), Count III (negligent design defect), and Count IV (negligent misrepresentation) are **DENIED**.

3. Defendants' Motions to Dismiss Count VI (strict liability for failure to warn), Count VII (strict liability for defective design), Count IX (breach of implied warranty), Count X (breach of consumer protection laws), and Count XI (gross negligence) are **GRANTED**. Counts VI, VII, IX, X, and XI are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to amend is **HEREBY GRANTED.** Plaintiff shall amend her Complaint **on or before February 25, 2020.** The Amended Complaint shall not include any claims that have been dismissed with prejudice.

BY THE COURT:

_____
WENDY BEETLESTONE, J.