THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERINE CROCKETT,**<br>            **Plaintiff,**<br><br>        v.<br><br>**LUITPOLD PHARMACEUTICALS, INC.,** **et al.**,<br>            **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  19-276** |

# O R D E R

**AND NOW**, this 11th day of June, 2020, upon consideration of Defendant Vifor Pharma Management, Ltd.'s Motion to Dismiss for Lack of Jurisdiction and briefing in support thereof (ECF Nos. 125 & 131) and Plaintiff's response thereto (ECF No. 129), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  All claims against Defendant Vifor Pharma Management, Ltd. are **DISMISSED WITH PREJUDICE**.

                                                                            BY THE COURT:


                                                                            */s/ Wendy Beetlestone*
                                                                            _____
                                                                            **WENDY BEETLESTONE, J.**