# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE CROCKETT,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| LUITPOLD PHARMACEUTICALS, INC., et al.,<br>　　　　Defendants. | NO. 19-276 |

## O R D E R

**AND NOW**, this 17th day of July, 2020, upon consideration of Plaintiff's Motion for Alternative Service on Defendants Vifor Pharm Ltd., Vifor Pharma Participations Ltd., and Vifor (International) AG (ECF No. 133), and Defendants' response thereto (ECF No. 135), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**