# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re Injectafer Products Liability Litigation** | CIVIL ACTION |
| ALL CASES | NO. 19-276 |

## O R D E R

**AND NOW**, this 1st day of June, 2021, in response to the parties' joint letter to the Court dated May 28, 2021, **IT IS ORDERED** that:

1. The parties shall submit letter briefs on or before **June 9, 2021** regarding the issues identified in their May 28 letter.

2. A conference call shall be held via Zoom on **June 14, 2021** at **11:00 a.m.** to discuss these issues. The parties shall confer as to who will circulate Zoom information to Chambers at chambers_of_judge_beetlestone@paed.uscourts.gov.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**