IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE INJECTAFER PRODUCTS LIABILITY LITIGATION** | CIVIL ACTION |
| **This Document Relates To:** | |
| CROCKETT v. LUITPOLD PHARMA., INC., NO. 19-276; | NO. 19-276 |
| KRUEGER v. LUITPOLD PHARMA., INC., NO. 19-984 | |

# O R D E R

**AND NOW**, this 26th day of July, 2021, upon consideration of Plaintiffs' Motion for Rule 42 Consolidation (ECF No. 205) and Defendants' response thereto (ECF No. 206), **IT IS ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**