IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE INJECTAFER PRODUCTS LIABILITY LITIGATION | NO. 2:19-CV-00276-WB<br><br>HON. WENDY BEETLESTONE |

## ORDER

AND NOW, this 28th day of September, 2021, upon consideration of Defendant Vifor (International) AG's Motion to File Documents Under Seal, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and that the following documents may be **FILED WITH REDACTIONS** with the Clerk of Court:

1. Defendant's Motion for a Request of Judicial Assistance – Permission of Taking Evidence by a Commissioner Under Article 17 Hague Convention 1970 and Appointment of Commissioners Under the Hague Convention;

2. Defendant's Proposed Request of Judicial Assistance – Permission of Taking Evidence by a Commissioner Under Article 17 Hague Convention 1970 and Appointment of Commissioners Under the Hague Convention;

3. Exhibit A – Declaration of Witness; and

4. Exhibit B – Testimony Likely to be Requested of Witness.

/s/Wendy Beetlestone, J.
_____
Honorable Wendy Beetlestone