**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE INJECTAFER PRODUCTS LIABILITY LITIGATION** | CASE NO: 2:19-cv-276-WB |
| **THIS DOCUMENT RELATES TO: ALL CASES** | HON. WENDY BEETLESTONE |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Tobias L. Millrood, Esq. of Pogust Millrood, LLC, on

behalf of Plaintiffs in the above-referenced action.

Dated: January 10, 2022

                                                      Respectfully submitted,

By: *Tobias L. Millrood*

                                        Tobias L. Millrood, Esquire
POGUST MILLROOD, LLC
161 Washington Street, Suite 250
Conshohocken, PA 19428
Tel: 610.941.4204
tmillrood@pogustmillrood.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case.

| | |
|---|---|
| Dated: January 10, 2022 | By:  *Tobias L. Millrood* |
| | Tobias L. Millrood, Esq., ID No. 77764 |
| | POGUST MILLROOD, LLC |
| | 161 Washington Street, Suite 250 |
| | Conshohocken, PA 19428 |
| | Tel: 610.941.4204 |
| | tmillrood@pogustmillrood.com |
| | **Attorney for Plaintiffs** |