# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE INJECTAFER PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** | NO. 2:19-CV-00276-WB<br><br>HON. WENDY BEETLESTONE |

## ORDER

**AND NOW**, this __4th___ day of May 2022, having considered the Parties' joint request to extend the stay of all deadlines, **IT IS ORDERED** that said request is **GRANTED**. All deadlines in the above-captioned action are stayed through June 4, 2022.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**
