IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE INJECTAFER PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** | **NO. 2:19-CV-00276-WB**<br><br>**HON. WENDY BEETLESTONE** |

# O R D E R

**AND NOW**, this 27th day of June, 2022, having considered the Parties' request to extend the deadline to submit letter briefs regarding any remaining disputes related to the Plaintiff and Defendant Fact Sheets, **IT IS ORDERED** that said request is **GRANTED**. The Parties shall submit letter briefs regarding any remaining disputes on or before July 1, 2022.

                                                            **BY THE COURT:**

                                                      */s/ Wendy Beetlestone*
                                                      **WENDY BEETLESTONE, J.**