**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re Injectafer Products Liability Litigation** | **CIVIL ACTION** |
| **ALL CASES** | **NO.  19-276** |

## ORDER

And now, this 15th day of September 2022, upon consideration of Plaintiffs' Motion to Strike (ECF No. 261), Defendants' opposition thereto (ECF No. 262), and Plaintiffs' reply (ECF No. 263), it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiffs' Motion to Strike is **GRANTED** with respect to the following errata: Kapadia Errata 322:15, 323:24; D'Sylva Errata 324:18, 357:21-23; and Bregman Errata 306:12-16, 408:8-12, 494:22-495:1.

2. Plaintiffs' Motion to Strike is **DENIED** with respect to the following errata as well as remaining errata not addressed specifically by the Motion: Bregman Errata 247:20-22, 248:5, 284:13-15, 285:6, 405:4-8, 553:10-13; Koch Errata 316:20; Butcher Errata 245:23; Quadri Errata 279:23; Mundy Errata 227:5, 307:19, 309:6-13, 310:4, 310:13, 314:2-3, 315:24; and Simon Errata 145:17, 229:10-11.

3. Plaintiffs' Motion to Strike is **DENIED** with respect to Plaintiffs' request to reopen depositions in which the Court has approved errata changes proposed by Defendants.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____

WENDY BEETLESTONE, J.