IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE CROCKETT,<br>Plaintiff,<br><br>v.<br><br>LUITPOLD PHARMACEUTICALS, INC.;<br>AMERICAN REGENT, INC.; DAIICHI<br>SANKYO, INC.; DAIICHI SANKYO US<br>HOLDINGS, INC.; and VIFOR<br>(INTERNATIONAL) AG,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-276 |

## ORDER

**AND NOW**, this 22nd day of February, 2023, upon consideration of Defendants' Motion to Exclude the Inadmissible Labeling Opinions of Maureen Achebe, M.D., M.P.H. (ECF Nos. 304, 351) and Plaintiff's response thereto (ECF No. 330), **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED** for the reasons set forth in the accompanying memorandum opinion.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**