IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE CROCKETT,<br>        Plaintiff,<br><br>v.<br><br>LUITPOLD PHARMACEUTICALS, INC.;<br>AMERICAN REGENT, INC.; DAIICHI<br>SANKYO, INC.; DAIICHI SANKYO US<br>HOLDINGS, INC.; and VIFOR<br>(INTERNATIONAL) AG,<br>        Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  19-276 |

## ORDER

AND NOW, this 22nd day of February, 2023, upon consideration of Defendants' Motion to Exclude Certain Opinions of Myles Wolf, M.D. (ECF Nos. 305, 353) and Plaintiff's response thereto (ECF No. 322), **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**