IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE CROCKETT,<br>    Plaintiff,<br><br>v.<br><br>LUITPOLD PHARMACEUTICALS, INC.;<br>AMERICAN REGENT, INC.; DAIICHI<br>SANKYO, INC.; DAIICHI SANKYO US<br>HOLDINGS, INC.; and VIFOR<br>(INTERNATIONAL) AG,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-276 |

### ORDER

  **AND NOW**, this 22nd day of February, 2023, upon consideration of Defendants' Motion to Exclude Testimony of George Samaras, Ph.D. (ECF Nos. 303, 348) and Plaintiff's response thereto (ECF No. 329), **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** for the reasons set forth in the accompanying memorandum opinion.

            BY THE COURT:

            /S/WENDY BEETLESTONE, J.

            _____
            **WENDY BEETLESTONE, J.**