IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Injectafer Products Liability Litigation | CIVIL ACTION |
| ALL CASES | NO. 19-276 |

## ORDER

And now, this 6th day of April 2023, **IT IS HEREBY ORDERED** that the parties shall every 30 days from this date forward provide the Court by letter to Chambers with a status report regarding the progress of the litigation.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____

**WENDY BEETLESTONE, J.**