IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERINE CROCKETT,**<br>Plaintiff,<br><br>v.<br><br>**LUITPOLD PHARMACEUTICALS, INC.; AMERICAN REGENT, INC.; DAIICHI SANKYO, INC.; DAIICHI SANKYO US HOLDINGS, INC.; and VIFOR (INTERNATIONAL) AG,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br>**NO.  19-276** |

**ORDER**

    **AND NOW**, this 6th day of April 2023, **IT IS HEREBY ORDERED** that Second Unopposed Stipulation and Order (ECF No. 320) is **VACATED.**

                                         **BY THE COURT:**

                                         **/S/WENDY BEETLESTONE, J.**

                                         _____
                                       **WENDY BEETLESTONE, J.**