## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE INJECTAFER PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Adams v. Luitpold Pharmaceuticals, Inc.*, 2:21-cv-03454-WB<br><br>*Armendariz v. Luitpold Pharmaceuticals, Inc.*, 2:21-cv-02839-WB<br><br>*Edwards v. Luitpold Pharmaceuticals, Inc.*, 2:21-cv-00067-WB<br><br>*Ervin v. Luitpold Pharmaceuticals, Inc.*, 2:21-cv-01951-WB<br><br>*Kessler v. Luitpold Pharmaceuticals, Inc.*, 2:21-cv-00746-WB<br><br>*Marullo v. Luitpold Pharmaceuticals, Inc.*, 2:21-cv-03002-WB<br><br>*Moore v. Luitpold Pharmaceuticals, Inc.*, 2:21-cv-01952-WB<br><br>*Raymond v. Luitpold Pharmaceuticals, Inc.*, 2:20-cv-03004-WB<br><br>*Rutherford v. Luitpold Pharmaceuticals, Inc.*, 2:21-cv-04920-WB<br><br>*Smith v. Luitpold Pharmaceuticals, Inc.,* 2:21-cv-00601-WB<br><br>*Ward v. Luitpold Pharmaceuticals, Inc.*, 2:21-cv-02489-WB<br><br>*Whitehead v. Luitpold Pharmaceuticals, Inc.,* 2:21-cv-03364-WB<br><br>*Whitlock v. Luitpold Pharmaceuticals, Inc.,* 2:21-cv-02487-WB | EASTERN DISTRICT OF PENNSYLVANIA<br><br>PHILADELPHIA DIVISION<br><br><br>CIVIL ACTION NO.<br><br>2:19-CV-00276-WB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2023, I caused a true and correct copy of the foregoing Plaintiffs' Unopposed Motion to Establish a Qualified Settlement Fund and to Appoint a QSF Administrator, and supporting documents, to be served on counsel of record via the Court's electronic case filing system.

Dated: October 25, 2023

Respectfully submitted,

**ROBINS KAPLAN LLP**

<u>*s/Rayna E. Kessler*</u>
Rayna E. Kessler, Esq.
PA ID No. 309607
1325 Avenue of the Americas, Suite 2601
New York, New York 10019
Telephone: (212) 980-7431
Facsimile:  (212) 980-7499
E-mail: RKessler@RobinsKaplan.com

Kate Jaycox, Esq. (*admitted pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
Email: KJaycox@RobinsKaplan.com

*Attorneys for Plaintiffs*